1  PAMELA E. COGAN (SBN 105089)
   STACY M. TUCKER (SBN 218942)
2  BLAKE J. RUSSUM (SBN 258031)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street, Suite 500
   Redwood City, CA 94063-2052
4  Telephone:   (650) 364-8200
   Facsimile:   (650) 780-1701
5  Email:       pamela.cogan@rmkb.com;
   stacey.tucker@rmkb.com; blake.russum@rmkb.com
6
7  Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY OF
   BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PINGREY,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON DBA LIBERTY MUTUAL, AND DOES 1 to 100,<br><br>        Defendant. | CASE NO. 2:16-cv-00254-KJM-CKD<br><br>STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |

**IT IS HEREBY STIPULATED** by and between the Plaintiff DONNA PINGREY and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rules of Civil Procedure 41(a)(1)A)(ii). Each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

//

//

//

//

1 | Dated: March 16, 2017 | DAVID ALLEN & ASSOCIATES

By: */s/ David Allen*
DAVID ALLEN
Attorneys for Plaintiff
DONNA PINGREY

Dated: March 16, 2017 | ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Blake J. Russum*
PAMELA E. COGAN
STACY M. TUCKER
BLAKE J. RUSSUM
Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

## ORDER

**IT IS HEREBY ORDERED** that pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: March 24, 2017

_____
UNITED STATES DISTRICT JUDGE